UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62492-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDELL DEVALLON,
BERALD DOMINIQUE, and
TAX TIME GROUP INC.,

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; GRANTING UNITED STATES' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER

THIS CAUSE is before the Court on the United States' *Ex Parte* Motion for Temporary Restraining Order [DE 33], and the May 11, 2021 Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 36].

The Report states that the Government advises it will not file any objections if its Motion is granted; accordingly, the Court is reviewing the Report and Recommendation prior to the expiration of the 14 days normally afforded to file objections. *See* [DE 36] at p. 6. As no timely objections will be filed, the Magistrate Judge's factual findings in the Report [DE 36] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). The Court has conducted a *de novo* review of the Report [DE 36] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 36] is hereby **ADOPTED** and **APPROVED**;

2. United States' *Ex Parte* Motion for Temporary Restraining Order [DE 33] is **GRANTED** as follows:

   A. Effective May 12, 2021, the Defendants, as well as anyone else bound pursuant to Federal Rule of Civil Procedure 65(d)(2), are enjoined from directly or indirectly encumbering, liquidating, transferring, or otherwise spending or disposing of the assets of any of the following bank accounts:

      a. Account ending in 7974 at Bank of America in the name of Wendell Devallon;

      b. Account ending in 2885 at Bank of America in the name of Wendell Devallon or Tax Time;

      c. Account ending in 2041 at Fifth Third Bank in the name of Platnum [sic] Business d/b/a VIT Logistics;

      d. Account ending in 1000 at Wells Fargo in the name of Destiny Challence [sic]; and

      e. Account ending in 4266 at Bank of America in the name of Dynamic.

   B. The names of accountholders are provided for the Defendants' convenience to aid them in their identification of the accounts. But if any of the accounts are in the name(s) of any accountholder(s) other than those listed above, this Order still applies with equal force. The account numbers, not the names on the accounts, shall govern.

    C. This Order shall remain in place for 14 days. However, if the Defendants deposit $208,603.87 in the Court's registry prior the expiration of 14 days, they shall be released from any further restrictions on the use of the assets in the listed accounts.

3. Defendants shall serve a copy of the Order upon any person or entity they know to claim an interest in any of the accounts listed in this Order. They are directed to file an affidavit of compliance within three days indicating who, if anyone, they served.

4. The Clerk is **DIRECTED** to place this Order, unsealed, in the publicly accessible docket.

5. After docketing this Order, the Clerk is **DIRECTED** to **UNSEAL** all docket entries and the associated exhibits related to United States' *ex parte* motion. [DE's 33, 35, 36, 37].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of May, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Snow
Counsel of Record